**Electronically Filed**
**Supreme Court**
**SCPW-23-0000555**
**25-OCT-2023**
**11:59 AM**
**Dkt. 13 ODDP**

SCPW-23-0000555

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STYRAN EDDIE RIVERA,
Petitioner,

vs.

STATE OF HAWAIʻI,
Respondent.

_____

ORIGINAL PROCEEDING
(CASE NO. 1PC001000029)

ORDER DENYING PETITION
(By: Recktenwald, C.J., McKenna, and Eddins, JJ.,
Circuit Judge Nakamoto and Circuit Judge Drewyer,
assigned by reason of vacancies)

Upon consideration of the letter filed on September 27, 2023, and the record, to the extent that Styran Eddie Rivera (Rivera) seeks relief from this court in the form of a petition for writ of habeas corpus or a petition for an extraordinary writ, that request is denied because Rivera has not demonstrated a clear and indisputable right to relief, nor a lack of

alternative means to seek relief.  See Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999).

Rivera has also not demonstrated a special reason for this court to exercise its original jurisdiction in this case.  See Oili v. Chang, 57 Haw. 411, 412, 557 P.2d 787, 788 (1976).

However, it is ordered that the appellate clerk shall file Rivera's letter and attachments, together with a copy of this order, in the circuit court for consideration as a non-conforming Hawaiʻi Rules of Penal Procedure Rule 40 petition for post-conviction relief.

DATED:  Honolulu, Hawaiʻi, October 25, 2023.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Henry T. Nakamoto

/s/ Michelle L. Drewyer

